UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARRYL ROCK, | STIPULATION OF DISCONTINUANCE |
| Plaintiff, | Civil Action No. 08-cv-0853 |
| vs. | |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., | |
| Defendant, | |
| — and against— | |
| AEGIS RECEIVABLES MANAGEMENT, INC., as successor in interest to GLOBAL VANTEDGE, INC., | |
| Defendant, | |
| —and against — | |
| JOHN DOE, a debt collector in India, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued, with prejudice, on the merits without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of this Court.

Dated: June ___, 2009

_____
RICHARD L. DIMAGGIO, ESQ.

*Attorney for Plaintiff*

6 Berkley Road

Glenville, New York 12302

BOND, SCHOENECK & KING, PLLC

By: _____
Thomas D. Keleher, Esq. (301043)

Lillian Abbott Pfohl, Esq. (511644)

*Attorneys for Defendants*

*Aegis Receivables Management, Inc.*

One Lincoln Center

Syracuse, New York 13202

Telephone: 315-218-8000

Facsimile: 315-218-8100


GOLDBERG & ASSOCIATES

By: _____
Jack Grosa, Esq.

*Attorneys for Defendant*

*American Express Travel Related Services Company, Inc.*

39 Broadway, 17th Floor

New York, NY 10006


SO ORDERED:

_____
Honorable Glenn T. Suddaby

July 17, 2009